## CASTLE McCULLOCH, INC. v. FREEDMAN

[360 N.C. 57 (2005)]

CASTLE McCULLOCH, INC. v. DONALD LEE FREEDMAN, D/B/A FREEDMAN ASSOCIATES, AND FREEDMAN ASSOCIATES, INC.

No. 241A05

(Filed 4 November 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 169 N.C. App. 497, 610 S.E.2d 416 (2005), affirming a judgment entered on 17 March 2003 and an order entered on 16 July 2003 by Judge William Z. Wood, Jr. in Superior Court, Guilford County. Heard in the Supreme Court 19 October 2005.

*Douglas S. Harris for plaintiff-appellant.*

*Elliot Pishko Morgan, P.A., by David C. Pishko and J. Griffin Morgan, for defendant-appellees.*

PER CURIAM.

AFFIRMED.